# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 08-7026-4 (ES) |
| NOEL ANTIGUA | DATE OF PROCEEDINGS: 2/14/08 |
| PROCEEDINGS: IA | DATE OF ARREST: 2/14/08 |

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: __ AFPD  X CJA
(X) WAIVER OF HRG.: X PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

*may try to obtain own counsel*

APPEARANCES:

AUSA   Matthew Beck, AUSA

DEFT. COUNSEL   Gary Mizzone, CJA

PROBATION _____

INTERPRETER _____
   Language: ( )

Time Commenced: 11:28
Time Terminated: 4:33
CD No:

Nadine Mauro
DEPUTY CLERK