MEB/2007R01026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon.
                            :
        v.                  :    Criminal No. 08-454 (SRC)
                            :
NOEL ANTIGUA-DIAZ           :    21 U.S.C. § 846

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about June, 2007 through in or about February, 2008, in Essex County, in the District of New Jersey and elsewhere, defendant

NOEL ANTIGUA-DIAZ

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a) and 841(b)(1)(B)(i).

In violation of Title 21, United States Code, Section 846.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

NOEL ANTIGUA-DIAZ

# INFORMATION FOR

21 U.S.C. § 846

**CHRISTOPHER J. CHRISTIE**
U.S. ATTORNEY NEWARK, NEW JERSEY

MATTHEW E. BECK
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 353-6053