# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 08- 454 (SRC) |
| v. | : | **WAIVER OF INDICTMENT** |
| NOEL ANTIGUA-DIAZ | : | |

I, NOEL ANTIGUA-DIAZ, the above-named defendant, who is charged with knowingly and intentionally conspiring to distribute and possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on _JUNE 18th_, 2008 prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Noel Antigua-Diaz
Defendant

Mark Musella, Esq.
Counsel for Defendant

Before:
United States District Judge