United States District Court
for the District of New Jersey

_____

UNITED STATES OF AMERICA

        Plaintiff

   v.

NOEL ANTIGUA-DIAZ

        Defendant
_____

Criminal No. 08-454

Order of Reassignment

It is on this 17th day of December 2008,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Susan D. Wigenton.

      S/Garrett E. Brown, Jr.
      Garrett E. Brown, Jr., Chief Judge
      United States District Court