# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO..: 08-454 |
| v. | : |
| NOEL ANTIGUA-DIAZ | : CONSENT ORDER TO REMOVE ELECTRONIC MONITORING SYSTEM |

Defendant Noel Antigua-Diaz by his attorney Mark Musella, Esq. having moved for an Order Removing Noel Antigua-Diaz's Electronic Monitoring System and the United States Attorney's Office by Assistant United States Attorney Matthew E. Beck and United States Pretrial Services by United States Pretrial Service Officer Adrianna Garcia having no objection to the request, and for good and sufficient cause shown,

It is hereby ORDERED this 22ND day of April 2009 that Noel Antigua-Diaz's electronic monitoring system is removed;

All other conditions of Noel Antigua-Diaz's pretrial release as set forth in the Honorable Stanley R. Chesler, U.S.D.C. Order Setting Conditions of Release dated June 18, 2008 remain in full force and effect.

_____
Honorable Susan D. Wigenton, U.S.D.C.

I hereby consent as to form this /6 day of April, 2009.

_____
Matthew E. Beck,
Assistant U.S. Attorney

I hereby consent as to form this 21st day of April, 2009.

_____
Adrianna Garcia,
U.S. Pretrial Service Officer