# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOEL ANTIGUA-DIAZ | CRIMINAL NO..: 08-00454-001<br><br>ORDER TO ADJOURN VOLUNTARY SURRENDER DATE |

Defendant Noel Antigua-Diaz by his attorney Mark Musella, Esq. having moved for an Order allowing Noel Antigua-Diaz to adjourn the self surrender date of before Noon on Tuesday, December 8, 2009 for thirty-six (36) days, from that date and the government taking no position, and for good and sufficient cause shown,

It is hereby ORDERED this 30th day of November 2009 that the self surrender date of defendant Noel Antigua-Diaz is hereby adjourned to before Noon on Tuesday, **January 12, 2010** and defendant Noel Antigua-Diaz must surrender to Federal Correctional Institution located at Loretto, Rural Route 276, Loretto, PA 15940 on that date;

All other conditions of Noel Antigua-Diaz's pretrial release as set forth in the Honorable Stanley R. Chesler, U.S.D.C. Order Setting Conditions of Release dated June 18, 2008 remain in full force and effect.

_____
Honorable Susan D. Wigenton, U.S.D.C.